

# Fourth Court of Appeals
## San Antonio, Texas

October 31, 2016

No. 04-16-00711-CV

John **DEVILBISS**,
Appellant

v.

Marjorie **BURCH**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2016CV04843
Honorable Tommy Stolhandske, Judge Presiding

# O R D E R

      This is an appeal in an eviction action. Appellant has filed a motion asking this court "to halt the eviction and writ of possession." In essence, appellant is asking that we stay the county court's judgment pending our determination of the appeal. However, appellant did not file the requisite supersedeas bond as required by the Texas Property Code. *See* TEX. PROP. CODE ANN. § 24.007(a) (stating that "A judgment of a county court may not under any circumstances be stayed pending appeal unless, within 10 days of the signing of the judgment, the appellant files a supersedeas bond in an amount set by the county court.").

Accordingly, we **DENY** appellant's motion. *See id.*

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of October, 2016.

_____
Keith E. Hottle
Clerk of Court